| | |
|---|---|
| *Attorney or Party without Attorney:*<br>BURSOR & FISHER, P.A.<br>L. TIMOTHY FISHER (SBN 191626)<br>1990 N. CALIFORNIA BLVD. #940<br>WALNUT CREEK , CA 94596<br>   *Telephone No:* (925) 300-4455<br>   *Attorney For:* Plaintiff      *Ref. No. or File No.:* | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* PATRICK ROBERTS
*Defendant:* ASCENT MORTGAGE RESOURCE GROUP LLC; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-CV-00413-MCE-CKD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; INITIAL PRETRIAL SCHEDULING ORDER; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP; CIVIL COVER SHEET; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT OR DECLINE TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE FORM

3. a. Party served:     ASCENT MORTGAGE RESOURCE GROUP LLC
   b. Person served:    JOSH BURGOS, PARTNER OF CONDIT CSAJAGHY, LLC AGENT FOR SERVICE OF PROCESS , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    695 SOUTH COLORADO BOULEVARD SUITE 270, DENVER, CO 80246

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Mar 01 2018 (2) at: 02:52 PM

6. **Person Who Served Papers:**
   a. BRIAN OLDS                                d. *The Fee* for Service was:
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

|  |  |
|---|---|
| 03/05/2018 |  |
| (Date) | (Signature) |



PROOF OF SERVICE

2069597
(7473617)