David G. Hagopian, State Bar No. 145171
dhagopian@cdflitigation.com
Jeffrey Sikkema, State Bar No. 164367
jsikkema@cdflitigation.com
CAROTHERS DISANTE & FREUDENBERGER LLP
2600 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661
Facsimile: (949) 622-1669

Attorneys for Defendants
ASCENT MORTGAGE RESOURCE GROUP LLC and
CHRISTOPHER DANIEL ROBINSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROBERTS, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>ASCENT MORTGAGE RESOURCE GROUP LLC and CHRISTOPHER DANIEL ROBINSON,<br><br>  Defendants. | Case No. 2:18-cv-00413-MCE-CKD<br><br>Assigned for All Purposes To:<br>Judge: Morrison C. England, Jr.<br><br>**DEFENDANTS' NOTICE OF RELATED CASE**<br><br>Action Filed:   February 23, 2018 |

TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Pursuant to Local Rule 123, Defendants Ascent Mortgage Resource Group LLC and Christopher Daniel Robinson, by and through their undersigned counsel, file this Notice of Related Case.

Pursuant to Local Rule 123(a)(1), Defendants believe that this case involves similar facts and the same potentially dispositive issue of law (e.g., whether an "automatic telephone dialing system" was used by Defendant Ascent Mortgage Resource Group LLC), as well as the same counsel and some of the same parties, as *Michelle Coulter and Richard Daniels v. Ascent Mortgage Resource Group LLC d/b/a American Rent to Own*, Case No. 2:16-cv-02237 (filed on September 20, 2016) ("*Coulter* case").

As such, Defendants believe assignment to the same judge is likely to effect a substantial savings of judicial effort.  Similarly, under Local Rule 123(a)(4), Defendants believe substantial duplication of labor would result if the two actions are heard by different judges.

Although the *Coulter* case was filed on September 20, 2016, the case has been stayed pending decision of the D.C. Court of Appeals in *ACA Int'l v. FCC*, and the *Coulter* case is in an early stage. The basis for the stay was the definition of an "automatic telephone dialing system," which is also an issue in this Action.  The D.C. Court of Appeals recently decided that case, and the court in *Coulter* will be evaluating the status of the stay.

Dated:  April 19, 2018                    CAROTHERS DISANTE & FREUDENBERGER LLP


By: _____/s/ Jeffrey L. Sikkema_____
         Jeffrey L. Sikkema
Attorneys for Defendants
ASCENT MORTGAGE RESOURCE GROUP LLC and
CHRISTOPHER DANIEL ROBINSON