David G. Hagopian, State Bar No. 145171
dhagopian@cdflitigation.com
Jeffrey Sikkema, State Bar No. 164367
jsikkema@cdflitigation.com
CAROTHERS DISANTE & FREUDENBERGER LLP
2600 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661
Facsimile: (949) 622-1669

Attorneys for Defendants
ASCENT MORTGAGE RESOURCE GROUP LLC and
CHRISTOPHER DANIEL ROBINSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROBERTS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>ASCENT MORTGAGE RESOURCE GROUP LLC and CHRISTOPHER DANIEL ROBINSON,<br><br>        Defendants. | Case No. 2:18-cv-00413-MCE-CKD<br><br>Assigned for All Purposes To:<br>Judge: Morrison C. England, Jr.<br><br>**DEFENDANTS' LIMITED OBJECTION TO INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Action Filed: February 23, 2018 |

      The Defendants Ascent Mortgage Resource Group LLC and Christopher Daniel Robinson ("Defendants") were served with the Complaint, along with the Court's standard Initial Pretrial Scheduling Order ("Order") on March 1, 2018. According to the Order, Defendants have 60 days, or until May 1, 2018, to file an objection to the Order. *See* Order, Sec. IX, p. 7.

      Defendants generally do not object to the Order. However, Defendants have filed a Notice of Related Case with respect to a pending and previously filed case in this District. A copy of the Notice of Related Case filed in this case is attached hereto as Exhibit 1. A copy of the Notice of Related Case filed in the pending and previously filed case is attached hereto as Exhibit 2.

      As such, Defendants believe it is premature for the parties to meet and confer regarding discovery pursuant to FRCP 26(f) until it is determined whether this case will be reassigned and coordinated with the pending and previously filed case of *Michelle Coulter and Richard Daniels v.*

*Ascent Mortgage Resource Group LLC d/b/a American Rent to Own*, Case No. 2:16-cv-02237 (filed on September 20, 2016) ("*Coulter* case"). Defendants believe that if the stay in that case is lifted in part, that case should proceed to summary judgment on a legal issue that is also present in this case. Defendants contend that the most efficient and economical way to proceed, for the court and the parties, is to coordinate the two cases and proceed with a limited summary judgment motion on the issue of whether Defendant Ascent Mortgage used an "automatic telephone dialing system."

As such, Defendants currently object to Section II of the Order, and in particular, Defendants object to Section II, p. 2, l. 14-16 of the Order, as premature until the issue of the Notice of Related Case is decided.

Dated:  April 27, 2018             CAROTHERS DISANTE & FREUDENBERGER LLP


By:  _____/s/ Jeffrey L. Sikkema_____
                Jeffrey L. Sikkema
Attorneys for Defendants
ASCENT MORTGAGE RESOURCE GROUP LLC and
CHRISTOPHER DANIEL ROBINSON

**EXHIBIT 1**

David G. Hagopian, State Bar No. 145171
dhagopian@cdflitigation.com
Jeffrey Sikkema, State Bar No. 164367
jsikkema@cdflitigation.com
CAROTHERS DISANTE & FREUDENBERGER LLP
2600 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:  (949) 622-1661
Facsimile:  (949) 622-1669

Attorneys for Defendants
ASCENT MORTGAGE RESOURCE GROUP LLC and
CHRISTOPHER DANIEL ROBINSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROBERTS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASCENT MORTGAGE RESOURCE GROUP LLC and CHRISTOPHER DANIEL ROBINSON,<br><br>Defendants. | Case No. 2:18-cv-00413-MCE-CKD<br><br>Assigned for All Purposes To:<br>Judge: Morrison C. England, Jr.<br><br>**DEFENDANTS' NOTICE OF RELATED CASE**<br><br>Action Filed:   February 23, 2018 |

TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Pursuant to Local Rule 123, Defendants Ascent Mortgage Resource Group LLC and Christopher Daniel Robinson, by and through their undersigned counsel, file this Notice of Related Case.

Pursuant to Local Rule 123(a)(1), Defendants believe that this case involves similar facts and the same potentially dispositive issue of law (e.g., whether an "automatic telephone dialing system" was used by Defendant Ascent Mortgage Resource Group LLC), as well as the same counsel and some of the same parties, as *Michelle Coulter and Richard Daniels v. Ascent Mortgage Resource Group LLC d/b/a American Rent to Own*, Case No. 2:16-cv-02237 (filed on September 20, 2016) ("*Coulter* case").

1
DEFENDANTS' NOTICE OF RELATED CASE

1335304.1

1    As such, Defendants believe assignment to the same judge is likely to effect a substantial
2 savings of judicial effort.  Similarly, under Local Rule 123(a)(4), Defendants believe substantial
3 duplication of labor would result if the two actions are heard by different judges.

4    Although the *Coulter* case was filed on September 20, 2016, the case has been stayed pending
5 decision of the D.C. Court of Appeals in *ACA Int'l v. FCC*, and the *Coulter* case is in an early stage.
6 The basis for the stay was the definition of an "automatic telephone dialing system," which is also
7 an issue in this Action.  The D.C. Court of Appeals recently decided that case, and the court in *Coulter*
8 will be evaluating the status of the stay.

10   Dated:  April 19, 2018                    CAROTHERS DISANTE & FREUDENBERGER LLP

12                                             By:      /s/ Jeffrey L. Sikkema
                                                        Jeffrey L. Sikkema
13                                             Attorneys for Defendants
                                               ASCENT MORTGAGE RESOURCE GROUP LLC and
14                                             CHRISTOPHER DANIEL ROBINSON

**EXHIBIT 2**

David G. Hagopian, State Bar No. 145171
dhagopian@cdflitigation.com
Jeffrey Sikkema, State Bar No. 164367
jsikkema@cdflitigation.com
CAROTHERS DISANTE & FREUDENBERGER LLP
2600 Michelson Drive
Suite 800
Irvine, California 92612
Telephone: (949) 622-1661
Facsimile: (949) 622-1669

Attorneys for Defendant
ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
AMERICAN RENT TO OWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a AMERICAN RENT TO OWN,<br><br>Defendant. | Case No. 2:16-cv-02237<br><br>Assigned for All Purposes To:<br>Judge: Stanley A. Bastian<br><br>**DEFENDANT'S NOTICE OF RELATED CASE**<br><br>Action Filed: September 20, 2016 |

TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 123, Defendant Ascent Mortgage Resource Group LLC d/b/a American Rent to Own, by and through its undersigned counsel, files this Notice of Related Case.

Pursuant to Local Rule 123(a)(1), Defendant believes that a newly-filed case by Plaintiffs' counsel, *Patrick Roberts v. Ascent Mortgage Resource Group LLC, et al.*, Case No. 2:18-cv-00413 (filed on February 23, 2018) ("*Roberts* case"), involves some similar facts and the same potentially dispositive issue of law (e.g., whether an "automatic telephone dialing system" was used by Defendant Ascent Mortgage Resource Group LLC). The case also involves the same counsel and some of the same parties.

---
1
DEFENDANT'S NOTICE OF RELATED CASE

CAROTHERS DiSANTE &
FREUDENBERGER LLP

1335643.1

As such, Defendant believes assignment to the same judge is likely to effect a substantial savings of judicial effort. Similarly, under Local Rule 123(a)(4), Defendant believes substantial duplication of labor would result if the two actions are heard by different judges.

Although this *Coulter* case was filed on September 20, 2016, the case has been stayed pending decision of the D.C. Court of Appeals in *ACA Int'l v. FCC*, and the *Coulter* case is in an early stage. The basis for the stay was the definition of an "automatic telephone dialing system," which is also an issue in the newly-filed *Roberts* case. The D.C. Court of Appeals recently decided that case, and this court will be evaluating the status of the stay in *Coulter*. The parties plan to file a joint report to that effect on or about April 24, 2018.

Dated: April 20, 2018                    CAROTHERS DISANTE & FREUDENBERGER LLP


By: _____/s/ Jeffrey L. Sikkema_____
                Jeffrey L. Sikkema
Attorneys for Defendant
ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
AMERICAN RENT TO OWN