UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROBERTS, | No. 2:18-cv-00413-MCE-CKD |
| Plaintiff, | |
| v. | **NON-RELATED CASE ORDER** |
| ASCENT MORTGAGE RESOURCE GROUP, LLC, et al. | |
| Defendants. | |
| MICHELLE COULTER, et al., | No. 2:16-cv-02237-SB |
| Plaintiffs, | |
| v. | |
| ASCENT MORTGAGE RESOURCE GROUP, LLC, dba AMERICAN RENT TO OWN., | |
| Defendant. | |

The Court has received the Notices of Related Cases filed on April 19, 2018. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: December 10, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE